UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ASTRO GATEWAY, LLC, | § § § | |
| *Plaintiff*, | § | |
| v. | § § | EP-18-CV-00378-DCG |
| NATIONWIDE GENERAL INSURANCE COMPANY and TAYLOR MAYNARD, | § § § | |
| *Defendants*. | § § | |

## ORDER DISMISSING CASE

In view of the parties' "Agreed Stipulation of Dismissal with Prejudice" (ECF No. 11) filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court enters the following orders:

**IT IS ORDERED** that all claims asserted by Plaintiff Astro Gateway, LLC in this action against Defendants Nationwide General Insurance Company and Taylor Maynard are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

**IT IS MOREOVER ORDERED** that the District Clerk shall **CLOSE** this case.

So ORDERED and SIGNED this 8th day of April 2019.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE